UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SAMATHA TIPIRNENI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| Vs. | ) Case No. 2:16-cv-02022-CSB-EIL |
| | ) |
| EOS PRODUCTS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiffs and Defendants have come to an agreement, in principle, to settle all of the cases pending throughout the United States, and are currently in the process of preparing a settlement agreement. As part of the settlement, Plaintiffs understand that the parties will move to consolidate in another venue. As such, Plaintiffs respectfully request that the Court stay this matter until March 11, 2016, at which time Plaintiffs will advise the Court of the status of the settlement and proposed consolidation.

Dated: February 11, 2016        HOLLAND LAW FIRM

s/ R. Seth Crompton
R. Seth Crompton – IL Bar #: 6288095
Eric D. Holland – IL Bar #: 06207110
300 N. Tucker, Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
scrompton@allfela.com
eholland@allfela.com

GERAGOS & GERAGOS, APC
MARK J. GERAGOS (pro hac anticipated)
BEN J. MEISELAS (pro hac anticipated)
FRIDA HJORT (pro hac anticipated)
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017
Tel: 231-625-3900
Fax: 213-232-3255
mark@geragos.com
meiselas@geragos.com
hjort@geragos.com

Attorneys For Plaintiff, Samatha Tipirneni,
On Behalf Of Herself And All Others Similarly
Situated

## CERTIFICATE OF SERVICE

I certify that on this 11th day of February, 2016, a true and correct copy of the foregoing Notice of Settlement was electronically filed with the Clerk of the Court using CM/ECF. Notice of this filing will be served on all parties of record by operation of the ECF system.

Dated this 11th day of February, 2016

HOLLAND LAW FIRM

s/ R. Seth Crompton
R. Seth Crompton – IL Bar #: 6288095
300 N. Tucker, Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
scrompton@allfela.com