UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SAMATHA TIPIRNENI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| Vs. | ) Case No. 2:16-cv-02022-CSB-EIL |
| | ) |
| EOS PRODUCTS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### JOINT STATUS REPORT, NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL FOR PURPOSES OF CONSOLIDATION

Pursuant to Court order of March 14, 2016, Plaintiff and Defendant respectfully submit the instant Joint Status Report, Notice of Settlement and Stipulation of Dismissal for Purposes of Consolidation.

1. The parties have reached an agreement on all material terms of the settlement, and have executed a settlement agreement.

2. In accordance with the settlement agreement and intent of the parties, all putative class action cases filed throughout the United States, including the instant matter filed by class representative Samatha Tipirneni, are being consolidated into *Rachael Cronin*, *et. al. v. EOS Products, LLC, et al*, Case No. 2:16-cv-00235, pending in the United States District Court for the Central District of California.

3. As such, the parties hereby stipulate, subject to Court approval, that the above captioned matter be dismissed, and that it will be reinstituted as part of the court approval of the class action settlement in the Central District of California.

| | |
|---|---|
| Dated: April 18, 2016 | HOLLAND LAW FIRM |
| | |
| | /s/ R. Seth Crompton |
| | R. Seth Crompton – IL Bar #: 6288095 |
| | Eric D. Holland – IL Bar #: 06207110 |
| | 300 N. Tucker, Suite 801 |
| | St. Louis, MO 63101 |
| | Tel: 314-241-8111 |
| | Fax: 314-241-5554 |
| | scrompton@allfela.com |
| | eholland@allfela.com |

GERAGOS & GERAGOS, APC

MARK J. GERAGOS (pro hac anticipated)
BEN J. MEISELAS (pro hac anticipated)
FRIDA HJORT (pro hac anticipated)
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017
Tel: 231-625-3900
Fax: 213-232-3255
mark@geragos.com
meiselas@geragos.com
hjort@geragos.com

Attorneys For Plaintiff, Samatha Tipirneni,
On Behalf Of Herself And All Others Similarly
Situated


QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Stephen A. Swedlow
Stephen A. Swedlow
500 West Madison Street, Suite 2450
Chicago, IL 60661
Tel:  312-705-7400
Fax:  312-705-7401
stephenswedlow@quinnemanuel.com


Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of April, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  Notice of this filing will be served on all parties of record by operation of the ECF system.

Dated this 18th day of April, 2016

                HOLLAND LAW FIRM

                s/ R. Seth Crompton
                R. Seth Crompton – IL Bar #: 6288095
                300 N. Tucker, Suite 801
                St. Louis, MO 63101
                Tel: 314-241-8111
                Fax: 314-241-5554
                scrompton@allfela.com